IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

ARISTEO BLAS-LOPEZ, ANTONIO DE JESUS
CHAVEZ-RESENDIZ, PAZ VARGAS-GONZALEZ,
MIGUEL ANGEL ROJO-TREJO, EMILIANO
JUAREZ-TREJO, JAIRO PEREZ-GONZALEZ,
and PEDRO MARTINEZ-GONZALEZ, on behalf
of themselves and all other similarly           Case No:  3:17cv2084
situated persons,

        Plaintiffs,

v.

POLTER BERRY FARM, INC., DAN L.
POLTER, CAROL POLTER, STEVE POLTER,
ANTHONY POLTER, and PEDRO LOPEZ,

        Defendants.

_____

ORDER

This matter is before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Doc. 15), asking the Court to approve the settlement agreement executed by plaintiffs Aristeo Blas-Lopez, Antonio De Jesus Chavez-Resendiz, Pas Vargas-Gonzalez, Miguel Angel Rojo-Trejo, Emiliano Juarez-Trejo, Jairo Perez-Gonzalez, and Pedro Martinez-Gonzalez, and on behalf of Polter Berry Farm, Inc., Dan L. Polter, Carol Polter, Steve Polter, Anthony Polter, and Pedro Lopez, with respect to plaintiffs' claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201, *et seq.*, under Section 34a of Article II, Ohio Constitution, and Ohio R.C. § 4111.14. Based on the information presented, the Court finds the settlement is a fair and reasonable resolution of a bona fide dispute under the FLSA, Section 34a of Article II, Ohio Constitution, and Ohio R.C. § 4111.14, and

the relief requested in the Joint Motion for Approval of Settlement Agreement is appropriate.

IT IS THEREFORE ORDERED that the parties' Joint Motion for Approval of Settlement Agreement is granted, the settlement agreement between the parties is approved, and this action is dismissed with prejudice.

This the 29th day of January, 2018.

                                                s/ Jeffrey J. Helmick
                                                United States District Judge